AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00488 |
| Mitchell Todd Gardner II | ) | Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) | Assign. Date : 06/22/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 1361 - Destruction of Government property, |
| | 18 U.S.C. § 1512(c)(2) - Obstruct, Influence, or Impede any Official Proceeding or Attempt to Do So, |
| | 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, (Misdemeanor), |
| | 18 U.S.C. § 1752(a)(2) - Engages in Disruptive Conduct with Intent to Disrupt Ordinary Government Business, (Misdemeanor), |
| | 40 U.S.C. § 5104(e)(2)(D) - Utter Loud, Threatening, or Abusive Language, or Engage in Disorderly or Disruptive Conduct, (Misdemeanor), |
| | 40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket Inside the Capitol Building, (Misdemeanor). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Paul Allen Ura, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/22/2021

_____
Judge's signature

City and state: Washington, D.C.

ROBIN M. MERIWEATHER
*Printed name and title*