AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00488 |
| Mitchell Todd Gardner II | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 06/22/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mitchell Todd Gardner II,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1361 - Destruction of Government property;
18 U.S.C. § 1512(c)(2) - Obstruct, Influence, or Impede any Official Proceeding or Attempt to Do So;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, (Misdemeanor);
18 U.S.C. § 1752(a)(2) - Engages in Disruptive Conduct with Intent to Disrupt Ordinary Government behavior, (Misdemeanor);
40 U.S.C. § 5104(e)(2)(D) - Utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, (Misdemeanor);
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket Inside the Capitol Building (Misdemeanor).

Date: 06/22/2021

*Issuing officer's signature* — 2021.06.22 15:07:28 -04'00'

ROBIN M. MERIWEATHER
*Printed name and title*

City and state: Washington, D.C.

### Return

This warrant was received on (date) 6/24/21, and the person was arrested on (date) 6/25/21
at (city and state) TAMPA, FL.

Date: 6/25/21

*Arresting officer's signature*

Paul U/4
*Printed name and title*