UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.   21-mj-488 |
| v. | : | |
| | : | |
| MITCHELL TODD GARDNER II, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

On July 8, 2021, Defendant appeared before the undersigned magistrate judge for an initial appearance. Defendant appeared remotely from the Pinella County Jail in the Middle District of Florida. During the hearing, counsel for the United States withdrew its request that Defendant be detained pending trial. The undersigned therefore Ordered Defendant released on conditions, which will be outlined fully in a release order to be issued by this Court. It is hereby

ORDERED that Defendant be released from custody forthwith. Any questions regarding this Order shall be directed to my law clerk at Harvey_Criminal@dcd.uscourts.gov or 202-354-3493.

So Ordered.

_____
G. Michael Harvey
United States Magistrate Judge